**Rodney Jesse SAN NICOLAS, Plaintiff–Appellant,**

v.

**Ed ALAMEIDA, individually and as Director of the California Department of Corrections; et al., Defendants–Appellees.**

**No. 05–17170.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 21, 2006 *.

Filed Dec. 29, 2006.

Rodney Jesse San Nicolas, San Quentin, CA, pro se.

Tom Blake, Esq., AGCA—Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and LEAVY, Circuit Judges.

MEMORANDUM **

Rodney Jesse San Nicolas, a California state prisoner, appeals pro se from the district court's summary judgment in favor of prison officials in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

**628**

affirm because the district court properly concluded that appellant failed to show any genuine issue on his claim that prison officials were deliberately indifferent to his medical needs, *see id.* at 1056–57.

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.